

**GRANTED WITH AMENDMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

BY THE COURT:

Mark D. Thompson
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, SUMMIT COUNTY, COLORADO<br>Court Address: 501 North Park Avenue<br>Breckenridge, CO 80424 | **EFILED Document**<br>**CO Summit County District Court 5th JD**<br>**Filing Date: May 11 2011 4:39PM MDT**<br>**Filing ID: 37536763**<br>**Review Clerk: Chris Kilkenny** |
| **Plaintiffs:** JOHNNY WOODS and WOODS PROPERTIES II, INC.,<br><br>v.<br><br>**Defendants:** JPMORGAN CHASE BANK, N.A., and CHASE HOME FINANCE, LLC | ▲ COURT USE ONLY ▲ |
| | Case Number: 2011 CV 245<br><br>Division: T |
| **ORDER REGARDING UNOPPOSED MOTION TO VACATE AND RESCHEDULE MAY 12, 2011 PRELIMINARY INJUNCTION HEARING** | |

THE COURT, having reviewed Defendants JPMorgan Chase Bank, N.A. and Chase Home Finance LLC's (collectively, the "Defendants") Unopposed Motion to Vacate and Reschedule the May 12, 2011 Preliminary Injunction Hearing (the "Motion") and, being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. The ½ day evidentiary hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction scheduled for 9:00 a.m. on May 12, 2011 is hereby VACATED and rescheduled to _____, 2011 at _____ a.m./p.m.

IT IS FURTHER ORDERED that the Court's April 22, 2011 Temporary Restraining Order shall remain in full force and effect until _____, 2011 at _____ a.m./p.m.

DONE and ENTERED this ___ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

4825-1638-4777.1

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Summit County District Court 5th JD

**Judge:** Mark Thompson

**File & Serve Transaction ID:** 37536168

**Current Date:** May 11, 2011

**Case Number:** 2011CV245

**Case Name:** WOODS, JOHNNY et al vs. JPMORGAN CHASE BANK NA et al

**Court Authorizer Comments:**

The hearing is vacated and continued to June 20, 2011, at 2:00 p.m. The temporary restraining order shall remain in full force and effect until June 20, 2011, at 2:00 p.m.

**/s/ Judge Mark Thompson**