

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

BY THE COURT:

Mark D. Thompson
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Summit County District Court 5th JD**
**Filing Date: Apr 22 2011 9:23AM MDT**
**Filing ID: 37190059**
**Review Clerk: Kari Novotny**

Court Address: 501 N. Park Avenue,
Breckenridge, CO 80424
(970) 453-2241

**PLAINTIFFS:**

**JOHNNY WOODS and WOODS PROPERTIES II, INC.**

v.

**DEFENDANTS:**

**JPMORGAN CHASE BANK, N.A., CHASE HOME FINANCE LLC, and THE PUBLIC TRUSTEE OF SUMMIT COUNTY**

▲ COURT USE ONLY ▲

*Plaintiffs' Attorney:*
Reuben M. Waterman
P.O. Box 5827
Breckenridge, Colorado 80424
Phone Number: (970) 418-1284
Fax Number: (419) 821-8683
E-mail: waterman12@mindspring.com
Atty. Reg. #: 30476

Case Number:

_____

Division ____

**ORDER ADDING THE PUBLIC TRUSTEE OF SUMMIT COUNTY AS A PARTY DEFENDANT**

This matter comes before the Court on Plaintiffs' Motion to add the Public Trustee of Summit County as a party Defendant. The Court having reviewed the Motion, and being fully apprised in the premises, hereby GRANTS the Motion and finds that the Public Trustee of Summit County is an indispensable party pursuant to C.R.C.P. Rule 19(a), that may be added under C.R.C.P. Rule 21:

IT IS HEREBY ORDERED, that the Public Trustee of Summit County be, and the same hereby is, added as a party Defendant in this matter.

DONE THIS Twenty-first day of April, 2011, at _____. p.m.

BY THE COURT:

_____

District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Summit County District Court 5th JD

**Judge:** Mark Thompson

**File & Serve Transaction ID:** 37189061

**Current Date:** Apr 22, 2011

**Case Number:** 2011CV245

**Case Name:** Woods vs JPMorgan Chase Bank

/s/ **Judge Mark Thompson**