**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01393-REB-BNB

JOHNNY WOODS, and
WOODS PROPERTIES, INC.,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A.,
CHASE HOME FINANCE, LLC, and
BILL WALLACE, in his capacity as Public Trustee, Summit County, Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal of Action Without Prejudice Pursuant To Fed.R.Civ.P. 41** [#22][1] filed June 30, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Action Without Prejudice Pursuant To Fed.R.Civ.P. 41** [#22] filed June 30, 2011, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 30, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge